# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRADY P.**, by Beth and Kevin P., | : | CIVIL ACTION NO. 1:16-CV-2395 |
| Plaintiffs | : | (Chief Judge Conner) |
| v. | : | |
| **CENTRAL YORK SCHOOL DISTRICT**, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 16th day of March, 2018, upon consideration of plaintiff's motion (Doc. 17) for judgment on the administrative record and defendant's motion (Doc. 19) for summary judgment, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 17) for judgment on the administrative record is DENIED.

2. Defendant's motion (Doc. 19) for summary judgment is GRANTED.

3. The Clerk of Court is directed to CLOSE this case.

                                                /S/ CHRISTOPHER C. CONNER  
                                                Christopher C. Conner, Chief Judge  
                                                United States District Court  
                                                Middle District of Pennsylvania